IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| vs. | ) | No. 2:18-cv-02071 |
| | ) | |
| FAST ADVANCE FUNDING, LLC | ) | |
| Defendants | ) | Honorable Paul S. Diamond |

**FILED**
MAY 24 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## MOTION FOR PERMISSION TO USE ECF/EFILING

Plaintiff JAMES EVERETT SHELTON respectfully moves for leave of the court to permit *pro se* registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER login and an ECF login. Plaintiff agrees to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system and consents to receive notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system.

Dated: **May 24, 2018**

Respectfully Submitted,

*/s/ James E Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Phone: 484-626-3942
Facsimile: 888-329-0305
Jeshelton595@gmail.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| vs. ) | No. 2:18-cv-02071 |
| ) | |
| FAST ADVANCE FUNDING, LLC ) | |
| Defendants ) | Honorable Paul S. Diamond |

### ORDER

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JAMES EVERETT SHELTON shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

BY THE COURT:

_____

Honorable Paul S. Diamond
United States District Judge