## Affidavit of Service
United States District Court
Eastern District of Pennsylvania

Case Number: 2:18-cv-02071
Plaintiff: James Everett Shelton
      v.
Defendant: Fast Advance Funding, LLC, et. al

Party Served: Fast Advance Funding, LLC
Date: 5/18/2018
Time: 1:30 PM
Place: 20 N. 3rd St, Philadelphia, PA 19106
Documents Served: Summons, Complaint, Jury Trial Demanded, & Standing Order

**Description of Attempt 1:** Defendant's address is listed with the PA Secretary of State's website as 141 N. 2nd St, Philadelphia, PA 19106. However, Defendant is not at this address and has moved and apparently has not updated their address with the Secretary of State. Google Maps and Defendant's website www.fastadvancefunding.com both indicate that they maintain an office location at 20 N. 3rd St, Philadelphia, PA 19106.

**Description of Attempt 2:** I went to 20 N. 3rd St, Philadelphia, PA 19106. Fast Advance Funding's logo is on the glass front door. I went inside and a female receptionist was there. I asked for Fast Advance Funding and she said I could not go into the office. I told her it was unlawful to stop me from completing my duties to serve legal process and asked her if she was authorized to accept service on behalf of Fast Advance Funding. She would not give me her name and said she would call the manager / person in charge in Fast Advance Funding's office.

A man opened the door wearing blue jeans, sneakers, and a turquoise t-shirt. He would not give me his name either, but indicated that he was the person in charge of Fast Advance Funding's office. I handed him the paperwork and informed him of the contents therein. The man became combative and told me to get out of the office or there would be big trouble. As I was leaving, the man threw the papers at my feet.

I am over the age of eighteen (18), and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing and that the facts as stated in it are true.

Dated: 5/18/2018

KAMERON MARSHALL
199 W. Chew Ave, Philadelphia, PA 19120
(267) 880-9363