UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X

**JAMES EVERETT SHELTON**
    Plaintiff                                       RULE 7.1 DECLARATION

-against-

                                                              Civil Action No. 2:18-cv-02071(PD)

**FAST ADVANCE FUNDING, LLC**
    Defendants

-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fast Advance Funding, LLC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties' stock, which are publicly held;  **NONE.**

Philadelphia, Pennsylvania               Respectfully Submitted,

 

June 7, 2018                                   _____
                                                  Norman M. Valz, Esq.– Attorney for Defendants
                                                  Law Office of Norman M. Valz, P.C.
                                                  PA I.D. No. 61338
                                                  205 Arch Street – 2nd Floor
                                                  Philadelphia, PA   19106
                                                  Tel. (215) 756-2424
                                                  Fax (215) 827-5758