# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON,** : | |
|     **Plaintiff,** : | |
|     v.   : | **Civ. No. 18-2071** |
| : | |
| **FAST ADVANCE FUNDING, LLC,** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 8th day of June, 2018, upon consideration of Defendant Fast Advance Funding LLC's Motion to Enlarge Time (Doc. No. 8), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 8) is **DENIED** for failing to comply with the Standing Order (Doc. No. 3).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.