UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
**JAMES EVERETT SHELTON**
    Plaintiff

-against-                                           Civil Action No. 2:18-cv-02071(PD)

**FAST ADVANCE FUNDING, LLC**
    Defendants
-----------------------------------------------------------------X

## ORDER

AND NOW, this _____ day of June, 2018, in consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and Plaintiff's response thereto, if any, it is hereby ORDERED and DECREED that Defendant's motion is GRANTED with Plaintiff's Complaint being Dismissed with prejudice.

                                                BY THE COURT

                                                _____
                                                The Hon. Paul S. Diamond, U.S.D.J.