### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON,** : | |
| Plaintiff, : | |
| v. : | **Civ. No. 18-2071** |
| : | |
| **FAST ADVANCE FUNDING, LLC,** : | |
| Defendant. : | |

### ORDER

**AND NOW**, this 8th day of June, upon consideration of *pro se* Plaintiff's Motion for Permission to Use ECF/Efiling (Doc. No. 4), it is hereby **ORDERED** that Plaintiff's Motion (Doc. No. 4) is **GRANTED**. The **CLERK OF COURT** shall **ISSUE** Plaintiff the Court's ECF Registration Form.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.