IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>    Plaintiff<br><br>vs.<br><br>FAST ADVANCE FUNDING, LLC<br><br>    Defendant | Case No. 2:18-cv-02071 |

**AFFIDAVIT OF JAMES EVERETT SHELTON**

1. My name is James Everett Shelton. I am over 18 years old, and am the owner of Final Verdict Solutions. I can testify competently to the undersigned statements.

2. My cellular telephone number called in connection with this lawsuit, 484-626-3942 is the only cellular telephone I own.

3. My cellular telephone number 484-626-3942 is on the National Do-Not-Call Registry, and has been since 2015, as shown in an email I received from the FTC, which is attached as Exhibit C. I have never removed it from the National Do-Not-Call Registry. It is registered in my name, at my home address and permanent residence where I have lived since 1995. The twenty-two illegal calls alleged in the complaint in this case occurred while I was the sole user and owner of 484-626-3942.

4. The telephone number that was called promoting the defendant's services is also the number I use for my business, Final Verdict Solutions.

5. Final Verdict Solutions was registered with the Commonwealth of Pennsylvania on March 7, 2016.

6. Final Verdict Solutions is in the judgment collection business.

7. As of the date of this affidavit, Final Verdict Solutions has successfully recovered approximately 30 judgments totaling more than $100,000, and has outstanding judgment receivables currently worth more than $600,000.

8. I've taken affirmative steps to reduce the amount of unwanted telemarketing calls I get, including placing my number on the National Do Not Call Registry and informing telemarketing companies on Final Verdict Solutions' website that I do not wish to receive their calls, and that if they call me I intend to pursue my claim against them.

9. Despite these steps, when a telemarketing company illegally contacts me on my phone, I investigate the source of the calls since many telemarketing companies which make illegal calls don't identify themselves.

10. I do not purchase or use telephones or telephone numbers for the purposes of bringing lawsuits, including under the TCPA.

11. I am currently a full-time student, majoring in Business Management at Case Western Reserve University in Cleveland, Ohio. I am going into my senior year this coming fall. During the spring semester this year, I achieved a 4.0 GPA. My academics take up most of my time.

12. The unwanted calls made by Fast Advance Funding interrupted my studies (including writing final papers and studying for final exams) and my work, wasted my time and aggravated me.

Sworn as true to the best of my knowledge and belief, subject to the penalties of perjury.

Dated: June 18, 2018

*James E Shelton*

James Everett Shelton