

**Jamie Shelton <jeshelton595@gmail.com>**

---

## Telemarketing

---

**Jamie Shelton** <jeshelton595@gmail.com>                                    Tue, May 1, 2018 at 2:45 PM
To: ben@fastadvancefunding.com
Cc: nvalz@msn.com

Dear Mr. Deangelis,

My name is James Shelton. I write to bring to your attention a telemarketing concern of mine. On March 16, 2018, and on numerous occasions thereafter, I received telemarketing calls from your company. I spoke to an agent, Ben, and received an e-mail from the company soliciting your services or loan products. I did not provide my consent to your company to make telemarketing calls to me. My telephone number, 484-626- 3942, is on the National Do Not Call List. It is my understanding that according to the Telephone Consumer Protection Act ("TCPA"), it is illegal to make marketing calls to someone on the Federal Do Not Call List without first obtaining the express consent of the recipient.

Please forward to my attention all documents that evidence any purported consent to receive telemarketing calls from your client, as well as any other documents that support a claim that there is no relationship between the company that made the calls and your client, if that's your claim. Additionally, please immediately place my number 484-626-3942 on the Do-Not-Call list and provide me with a copy of your Do-Not-Call policy. Before I proceed with a formal claim, I wanted to give your company the opportunity to explain its actions. Please forward this information to my attention by e-mail (jeshelton595@gmail.com) or a USPS letter by May 8, 2018.


Thank you kindly,

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

 **Gmail**

**Jamie Shelton <jeshelton595@gmail.com>**

---

## Telemarketing

**NORMAN VALZ** <NVALZ@msn.com>          Tue, May 1, 2018 at 3:35 PM
To: Jamie Shelton <jeshelton595@gmail.com>
Cc: "ben@fastadvancefunding.com" <ben@fastadvancefunding.com>

Mr. Shelton,

I am legal counsel for Fast Advance Funding.

Please send me the dates you believe you received calls from my clients along with the phone numbers which received them.

Also let me know if you allege it to have been a robocall, an automatic dialer or straight phone call.

I will investigate as my client has a full fledged compliance program with the TCPA.

Please note that while I am investigating you may proceed with any formal claim as **we do not settle TCPA cases.**    No need to wait until May 8th.

**Norman Valz**

---

Norman M. Valz & Associates, P.C.
205 Arch Street - 2nd Floor
Philadelphia, PA 19106
Tel. 215 667-8400 Fax 215 827-5758 Email: nvalz@msn.com SKYPE: nmvalz

---

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at nvalz@msn.com and delete the message.
Thank you very much.

---

**From:** Jamie Shelton <jeshelton595@gmail.com>
**Sent:** Tuesday, May 1, 2018 2:45 PM
**To:** ben@fastadvancefunding.com
**Cc:** nvalz@msn.com
**Subject:** Telemarketing

[Quoted text hidden]