IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** | : | |
| Plaintiff, | : | 2:18-cv-02071 (PD) |
| | : | |
| v. | : | |
| | : | |
| **FAST ADVANCE FUNDING, LLC** | : | |
| Defendants, | : | |

___

**DEFENDANT, FAST ADVANCE FUNDING, LLC's
REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS'
COMPLAINT PURSUANT TO RULE 12(b) 1 and 12(b) 6**
___

By: Norman M. Valz, Esq.– Attorney for Movants
Law Office of Norman M. Valz, P.C.
PA I.D. No. 61338
205 Arch Street - 2nd Floor
Philadelphia, PA   19106
Tel. (215) 756-2424
Fax (215) 827-5758
Email: nvalz@msn.com

# REPLY SUMMARY

Defendant seeks to supplement the record and put this Court on notice of more recent events which buttress Defendant's claims that Plaintiff:

1) Has suffered no actual injury;

2) That Plaintiff is outside the zone of interest for the Statute;

3) and that essentially James Everett Shelton ("Shelton") is a professional and prolific litigant, the primary purpose behind his litigation is not to seeking redress for any damages suffered but is instead to further his business model for TCPA litigation.

**New (subsequent to Defendant's Motion) TCPA Cases Filed**

1). On May 30, 2018, Plaintiff filed a TCPA case in the New Jersey District, pro se (*James Everett Shelton vs. Pivotal Payment Systems, Inc, and Bruce Breunic*, Jr., 1:18-cv-09915 (NLH-JS).

2). On June 15, 2018, Plaintiff filed a TCPA case in this District, pro se, (*James Everette Shelton vs. National Student Assist*, LLC, 2:18-cv-02545(MSG).

This brings the total of TCPA cases initiated by Plaintiff in the past 12 months to 17.

CONCLUSION

Defendant respectfully requests that this honorable Court dismiss Plaintiff's Complaint must be dismissed in its entirety and with prejudice pursuant.

1

Respectfully submitted,
**Law Office of Norman M. Valz, P.C.**

_____

Norman M. Valz, Esq.– Attorney for Movants
Law Office of Norman M. Valz, P.C.
PA I.D. No. 61338
205 Arch Street - 2nd Floor
Philadelphia, PA   19106
Tel. (215) 756-2424
Fax (215) 827-5758
Email: nvalz@msn.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 22nd day of June 22, 2018, I caused a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Complaint and Supporting Memorandum of Law to be served upon the following:

*Via Electronic Mail and ECF*

Respectfully submitted,
**Law Office of Norman M. Valz, P.C.**

_____
Norman M. Valz, Esq.– Attorney for Movants
Law Office of Norman M. Valz, P.C.
PA I.D. No. 61338
205 Arch Street - 2nd Floor
Philadelphia, PA   19106
Tel. (215) 756-2424
Fax (215) 827-5758
Email: nvalz@msn.com