# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 18-2071 |
| | : | |
| FAST ADVANCE FUNDING, LLC, | : | |
|     Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 4th day of October, 2018, it is hereby **ORDERED** that Plaintiff's Application for Admission *Pro Hac Vice* of Bryan Anthony Reo, Esq. (Doc. No. 20) is **GRANTED**.

                                                                   **AND IT IS SO ORDERED.**

                                                                   */s/ Paul S. Diamond*
                                                                   _____

                                                                   Paul S. Diamond, J.