# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 18-2071 |
| : | |
| **FAST ADVANCE FUNDING, LLC,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 4th day of October, 2018, upon consideration of Defendant's Motion for Protective Order (Doc. No. 18), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 18) is **DENIED without prejudice**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.