# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | NO. 18-2071 |
| v. | : | |
| | : | |
| FAST ADVANCE FUNDING, LLC | : | |

## ORDER

**AND NOW**, this 20th day of November, 2018, upon consideration of Defendant Fast Advance Funding, LLC's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 10), Plaintiff James Everett Shelton's Response (Dkt. No. 12), and Defendant's Reply (Dkt. No. 14), it is **ORDERED** that the motion is **DENIED**.

Defendant shall file an answer to Plaintiff's Complaint on or before December 7, 2018.

BY THE COURT:

S/Chad F. Kenney

CHAD F. KENNEY, JUDGE