IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON**<br><br>         Plaintiff,<br>   v.<br>**FAST ADVANCE FUNDING LLC**<br><br>         Defendant. | Case No. 2:18-cv-02071-CFK<br><br>Hon. CHAD F. KENNEY |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Shelton*

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the United States District Court for the Eastern District of Pennsylvania:

In accordance with Rule 55 of the Federal Rules of Civil Procedure, Plaintiff James Shelton, by and through the undersigned attorney, respectfully requests that the Clerk enter Default against the following Defendant for failure to plead or otherwise defendant against this civil action in a timely manner:

**Name of Defendant: Fast Advance Funding, LLC.**

1. As evidenced by Docket Entry No. 24 on file with this Court, Defendant Fast Advance Funding was ordered to file an Answer on or by 12/7/2018.

2. Defendant has failed to move or plead as of 12/10/2018.

3. Defendant should therefore be placed in a state of default.

4. The time for Defendant Fast Advance Funding to file its first responsive pleading expired on December 7, 2018.

The clerk is therefore requested to record an entry of default as to Defendant Fast Advance Funding LLC.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on December 10, 2018, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*