# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 18-2071 |
| **FAST ADVANCE FUNDING, LLC,** *Defendant.* | : : : | |

## SCHEDULING ORDER

**AND NOW**, this 19th day of December 2018, following a pretrial conference held on December 17, 2018, it is hereby **ORDERED** as follows:

1. This case is referred to the Honorable Thomas J. Rueter, United States Magistrate Judge, for a settlement conference to be held on **February 7, 2019 at 10:00 a.m.,** and under such terms as Judge Rueter may determine.

2. All discovery shall be completed by **March 1, 2019.**

3. Any motions for summary judgment and *Daubert* motions shall be filed and served on or before **March 15, 2019.**[1] Response(s) to any such motion shall be filed and served on or before **April 8, 2019**.

---

[1] Counsel are directed to review Judge Kenney's Practice and Procedures on the Court's website: http://www.paed.uscourts.gov/judges-info/district-court-judges/chad_f_kenney in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit shall be cited to and discussed, whenever possible, to defend arguments in support of and/or in opposition to the motion.

4. Motions in limine shall be due by **April 8, 2019.** The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

5. All parties are to prepare and file with the Clerk of Court their **Pretrial Memoranda**, including proposed Points for Charge, proposed voir dire, and proposed Verdict Slip in accordance with this Order and Local Rule of Civil Procedure 16.1(c) on or before **April 15, 2019.**

6. All trial exhibits shall be marked and exchanged on or before **April 15, 2019.**

7. A date certain jury trial will commence on **April 29, 2019, at 9:00 a.m. in Courtroom 6A**.

8. **At least seven (7) days before the trial date certain**, counsel are to supply the Court with two (2) copies of each exhibit, and three (3) copies of a schedule of exhibits which briefly describes each exhibit.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE