IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 2:18-cv-02071-CFK |
| | Honorable Chad F. Kenney |
| Plaintiff, | |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

**REO LAW, LLC**
By: Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

---

**PROPOSED ORDER GRANTING MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF PLAINTIFF'S OTHER LITIGATION**

---

THIS MATTER came to be considered by the Court pursuant to the Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Other Litigation filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED and ADJUDGED:

1. That the Plaintiff's Motion in Limine to Exclude Evidence of Plaintiff's Other Litigation is hereby granted.
2. The Defendant shall not refer to any of Plaintiff's other litigation in the presence of the jury.
3. The Defendant shall not attempt to offer into evidence any document from any of Plaintiff's other litigation.

1

DONE AND ORDERED in Chambers at Philadelphia, Pennsylvania this 23 day of APRIL, 2019.

_____
CHAD F. KENNEY, JUDGE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

Copies to:

Bryan Anthony Reo

Cynthia Clark

2