IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 2:18-cv-02071-CFK |
| Plaintiff, | Honorable Chad F. Kenney |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PLAINTIFF'S SCHEDULE OF EXHIBITS FOR TRIAL

Plaintiff, by and through the undersigned attorney hereby provides the schedule of exhibits that Plaintiff intends to offer at trial.

**EXHIBIT A**- Email from FTC verifying that Plaintiff's Number ending in 3942 has been successfully registered on the National Do-Not Call Registry since June 2

**EXHIBIT B**- Email from FAF dated Friday, March 16, 2018 at 9:49 AM EST (6:49 AM PST since Plaintiff was in California at this time) & FAF funding application which was attached to the e-mail.

1

**EXHIBIT C-** Screenshot from Plaintiff's Cell Phone Showing a Missed Call from FAF on March 16, 2018 at 7:46 AM PST.

**EXHIBIT D-** Screenshot from Plaintiff's Cell Phone Showing a Missed Call followed by a 3-Second Long Voicemail from FAF.

**EXHIBIT E** -MP3 File of Voicemail from FAF dated March 20, 2018 at 11:53 AM

**EXHIBIT F-** E-mail from FAF Office Director Taylor Bielsky, taylor@fastadvancefunding.com, dated April 12, 2018 at 10:28 AM with funding application which was attached to the e-mail.

**EXHIBIT G**- Screenshot from Plaintiff's Cell Phone Showing a Missed Call from FAF on April 20, 2018 at 4:08 PM.

**EXHIBIT H**- Do-Not-Call Request Sent Via E-mail fromPlaintiff to FAF and FAF's legal counsel, Norman Valz, Esq., sent Tuesday, May 1, 2018 at 2:45 PM, & Norman Valz' reply e-mail sent May 1, 2018 at 3:35 PM.

**EXHIBIT I-** E-mail from FAF "Director of Operations" Taylor Bielsky, taylor@fastadvancefunding.com, dated May 1, 2018 at 3:10 PM, & funding application which was attached to the e-mail.

**EXHIBIT J-** E-mail from FAF "Director of Operations" Taylor Bielsky, taylor@fastadvancefunding.com, dated May 2, 2018 at 1:12 PM, & funding application which was attached to the e-mail.

**EXHIBIT K -** Plaintiff's T-Mobile Phone Records for the period between April 6, 2018 and March 7, 2018 (calls not involving FAF are redacted).

**EXHIBIT L -** Plaintiff's T-Mobile Phone Records for the period between May 6, 2018 and April 7, 2018 (calls not involving FAF are redacted).

**EXHIBIT M**- The Requests for Admission Propounded Upon Defendant which this Court has deemed are admitted and irrefutably admitted.

RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Everett Shelton*

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on April 24, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*