IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 18-2071 |
| | : | |
| **FAST ADVANCE FUNDING, LLC** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 24th day of April 2019, in consideration of the April 22, 2019 order (ECF No. 49) granting Plaintiff's Motion in Limine (ECF No. 40), Plaintiff's Motion to Strike Defendant's Unauthorized Sur Reply (ECF No. 48) is hereby **DENIED AS MOOT**.

BY THE COURT:

CHAD F. KENNEY, JUDGE

1