By: John P. Hartley, Esquire
Attorney I.D. No.: 47106
20 N 3rd Street
Philadelphia, PA 19106
215-922-2636 x119

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON** | Case No. 2:18-cv-02071-CFK |
| | Hon. CHAD F. KENNEY |
| Plaintiff, | |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

### DEFENDANT'S ADDITIONAL PROPOSED POINT OF CHARGE

COMES NOW, Defendant, Fast Advance Funding LLC, and proposes the following Point of Charge:

1

1.    **Instruction – Plaintiff Has Lack Of Standing To Bring Action**

Calls to a phone used for business purposes are not protected under 47 U.S.C. Section 227 *et seq* (the Telephone Consumer Protection Act ("TCPA"). Therefore, if you find that Plaintiff's phone was used for any business purpose, you must find for Defendant. In finding that Plaintiff's phone was used for a business purpose, you need not consider whether Plaintiff's phone was also used for personal purposes. The use of Plaintiff's phone for any business purpose is sufficient.

Source: Memorandum Opinion in *James Everett Shelton v. Target Advance LLC*, Civil Action No. 18-2070 (E.D. Pennsylvania 2019), entered April 16, 2019, Document No. 26.

                                                    Respectfully submitted,

Date:  April 29, 2019                               *[signature]*
                                                    John P. Hartley, Esquire
                                                    *Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON** | Case No. 2:18-cv-02071-CFK |
| | Hon. CHAD F. KENNEY |
| Plaintiff, | |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

### CERTIFICATION OF SERVICE

I, Denise Devlin, Paralegal, hereby certify that on April 29 2019, I caused true and correct copies of the Defendant's Additional Proposed Point of Charge to be served upon the persons and in the manners set forth below:

**VIA FIRST CLASS MAIL, POSTAGE PREPAID and ELECTRONIC COURT FILING**

Norman M. Valz, Esq.
490 Norristown Road
Suite 151
Blue Bell, PA 19422
*Attorney for the Defendant*

Bryan Anthony Reo
REO LAW, LLC
P.O. Box 5100
Mentor, OH 44061
*Attorney for the Plaintiff*

Date: April 29, 2019

By: *Denise Devlin*

Denise Devlin, *Paralegal*