**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 2:18-cv-02071-CFK |
| | Honorable Chad F. Kenney |
| Plaintiff, | |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PROPOSED POINT FOR CHARGE

Plaintiff, by and through the undersigned attorney, hereby makes this motion pursuant to F.R.C.P 12(f) on the basis that the Defendant has filed, on 4/29/2019, a proposed jury instruction which explicitly references one of Plaintiff's other cases, in violation of the motion in limine granted by this Court on 4/23/2019 [entry number 55] which excludes Defendant from offering into evidence anything from Plaintiff's other litigation. Shelton v Target Advance Funding is within the category of "Plaintiff's other litigation."

The proposed point of charge would also violate the other motion in limine granted on 4/23/2019 prohibiting defendant from offering into evidence anything that would refute or be contrary to the requests for admissions which this court has deemed admitted. One of the requests

for admission, #15 is "admit to all allegations factual and legal contained in Plaintiff's complaint."

Within Plaintiff's complaint is a statement that the phone in question is Plaintiff's personal cellular

telephone and that it is not a business phone. Defendant has admitted to this fact and cannot now

ask the jury to find differently because Defendant is not entitled to present any evidence to the

contrary and thus is not entitled to have the jury make a finding based on no evidence because

Defendant is not allowed to offer any evidence that is contrary to that admission.


A proposed order accompanies this motion.


RESPECTFULLY SUBMITTED,

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Everett Shelton*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on April 29, 2019, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 2:18-cv-02071-CFK |
| | Honorable Chad F. Kenney |
| Plaintiff, | |
| v. | |
| **FAST ADVANCE FUNDING LLC** | |
| Defendant. | |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S PROPOSED POINT OF CHARGE

THIS MATTER came to be considered by the Court pursuant to the Plaintiff's Motion to Strike Defendant's Proposed Point of Charge filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED and ADJUDGED:

1.      That Plaintiff's Motion to Strike Defendant's Proposed Point of Charge is hereby granted.

2.      The Defendant's proposed point of charge, docket #55 is hereby stricken as of the date of the entry of this order.

DONE AND ORDERED in Chambers at Philadelphia, Pennsylvania this _____ day of _____, 2019.

_____

CHAD F. KENNEY, JUDGE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

Copies to:

Bryan Anthony Reo

John Hartley