IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | : |
| | : CIVIL ACTION |
| | : NO. 18-2071 |
| v. | : |
| | : |
| **FAST ADVANCE** | : |
| **FUNDING, LLC** | : |

## VERDICT

AND NOW, this 8TH day of **May 2019**, for the reasons stated in this Court's Opinion dated May 8TH, 2019, this Court finds in favor of Plaintiff James Everett Shelton and against Defendant Fast Advance Funding, LLC in the sum of $33,000.

BY THE COURT:

DATED: 5-8-2019

CHAD F. KENNEY, JUDGE