AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

|   |   |   |
|---|---|---|
|   | ) |   |
|   | ) |   |
| v. | ) | Case No.: |
|   | ) |   |
|   | ) |   |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
|                                                                                                  TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service          ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                                                 Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
*Clerk of Court*                            *Deputy Clerk*                *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Bryan Anthony Reo, Esq.
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061
reo@reolaw.org
(Business): (216) 505-0811
(Personal): (440) 313-5893
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES EVERETT SHELTON | : | |
|---|---|---|
| Plaintiff | : | No. 2:18-cv-02071-CFK |
| | : | |
| v. | : | |
| | : | |
| FAST ADVANCE FUNDING, LLC | : | |
| Defendant | : | |
| | : | |

## DECLARATION IN SUPPORT OF BILL OF COSTS

Plaintiff James Everett Shelton hereby provides the following itemization of taxable costs as the prevailing party in this action. These costs were reasonably necessary and incurred by Plaintiff in prosecuting this civil action.

| Item | Date | Amount | Notes: |
|---|---|---|---|
| **Filing Fee** | 5/17/2018 | $400.00 | Docket Reflects Payment of Filing Fee |
| **Service of Summons & Complaint upon Fast Advance Funding, LLC** | 5/18/2018 | $50.00 | Served by Kameron Marshall on 5/18/2018 (see Dkt. No. 5) |
| **Transcipt Fees** | 5/7/2019 | $218.88 | Paid to Precise Transcripts |
| **Total** | | $668.88 | |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which the fees were charged were necessarily and actually performed.

Respectfully Submitted,

Dated: 5/12/2019

*James E. Shelton*

JAMES EVERETT SHELTON

**Precise Transcripts**
45 North Broad Street
Ridgewood, NJ  07450 US
billing@precisetranscripts.com

# Invoice

**BILL TO**
Jamie Shelton

**INVOICE #** 2018-0527
**DATE** 05/07/2019
**DUE DATE** 06/06/2019
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Transcription services:US fedal 3 day turnaround** <br> Shelton v. Fast Advance Funding, LLC, No. 2:18-cv-02071 EDPA | 50 | 4.25 | 212.50 |
| **fee credit card** <br> Fee for credit card processing | 1 | 6.375 | 6.38 |

**BALANCE DUE**    $218.88

                                                                            Jamie Shelton <jeshelton595@gmail.com>

## Payment confirmation: Invoice 2018-0527 (Precise Transcripts)

**QuickBooks Payments** <quickbooks@notification.intuit.com>                                Tue, May 7, 2019 at 4:34 PM
Reply-To: donotreply@intuit.com
To: jeshelton595@gmail.com

 **Your payment of $218.88 to Precise Transcripts has been sent.**

Thank you for your payment on **invoice 2018-0527**.

Here are your transaction details:

| | |
|---|---|
| **Paid to** | Precise Transcripts |
| **Invoice no.** | 2018-0527 |
| **Paid date** | May 7, 2019 |
| **Payment method** | MasterCard |
| **Payment amount** | $218.88 |
| **Invoice total** | $218.88 |
| **Invoice balance** | $0.00 |

Your transaction ID for this payment is: **PK0220155062**

Thank you,
Precise Transcripts

                                              © Intuit, Inc. All rights reserved. Privacy | Terms of use