# IN THE UNITED STATE DISRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, | CIVIL ACTION |
| Plaintiff, | NO. 2-18-cv-02071 (CFK) |
| v. | HONORABLE CHAD F. KENNEY |
| FAST ADVANCE FUNDING, LLC, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Fast Advance Funding, LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion entered in this action on May 8, 2019 (Doc. No. 62) and the Verdict entered in this action on May 8, 2019 (Doc. No. 63).

Respectfully Submitted,

Dated: May 31, 2019   By: _____
JOHN P. HARTLEY, ESQUIRE
Attorney I.D. No. 47106
20 North Third Street
Philadelphia, PA 19106
(215) 922-2636
Counsel for Defendant

IN THE UNITED STATE DISRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 2-18-cv-02071 (CFK) |
| FAST ADVANCE FUNDING, LLC, | HONORABLE CHAD F. KENNEY |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of forgoing Notice of Appeal in the instant case on the following via the Court's ECF system, and is available for viewing and downloading from the ECF system, and first-class US mail, postage prepaid, this 31st day of 2019:

Bryan Anthony Reo, Esquire
REO LAW, LLC
P.O. Box 5100
Mentor, OH 44061

By: _____
JOHN P. HARTLEY, ESQUIRE
Attorney I.D. No. 47106
20 North Third Street
Philadelphia, PA 19106
(215) 922-2636
Counsel for Defendant

2