# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | Case No. 2:18-cv-02071-CFK |
| Plaintiff, | Hon. CHAD F. KENNEY |
| v. | |
| **FAST ADVANCE FUNDING LLC** | **FILED** |
| Defendant. | JUN 2 8 2019 |
| | KATE BARKMAN, Clerk |
| | By_____ Dep. Clerk |

## ORDER

AND NOW, this 28th day of JUNE, 2019, upon consideration of Stipulation by Plaintiff and Defendant, it is Ordered that Defendant shall pay into the Court the amount of $38,326.88 for the benefit of Plaintiff to pay the amount of the award in this matter in Plaintiff's favor, post judgment interest and costs, in the event that Defendant exhausts its appeal rights and the judgment in Plaintiff's favor still stands. Otherwise, the funds paid into the Court shall be returned to Defendant.

Execution on the award in favor of Plaintiff is hereby stayed until such time.

Plaintiff shall provide the Clerk with an accounting of post judgment interest and costs at the time Defendant exhaust its appeal rights and the judgment in Plaintiff's favor still stands and the balance, if any, shall be returned to Defendant. The parties may agree to dispose of these funds otherwise upon notice to the Court.

BY THE COURT:

_____
CHAD F. KENNEY, J.