## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 18-2071** |
| | : | |
| **FAST ADVANCE FUNDING, LLC** | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this 8ᵀᴴ day of July 2019, in consideration of the parties'
Stipulation Pursuant to Rule 62(b) to Stay Execution on Judgment by Paying
Money into Court Pending Appeal Process (ECF No. 69) and the Court's June 28,
2019 Order (ECF No. 70), Defendant's Motion to Stay Execution (ECF No. 68) is
hereby **DENIED AS MOOT**.

**BY THE COURT:**

**CHAD F. KENNEY, JUDGE**

1