# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>Plaintiff<br><br>v.<br><br>FAST ADVANCE FUNDING, LLC<br><br>Defendant | No. 2:18-cv-02071<br><br>Honorable Chad F. Kenney |

## ORDER:

AND NOW, this 17TH day of March, 2020, upon consideration of the parties' Stipulation to Release Funds from Court Registry, and finding good cause exists, it is hereby **ORDERED** and **DECREED** that the Stipulation is hereby **APPROVED** and made an Order of Court.

The Clerk of Court shall forthwith disburse the sum of **$38,326.88** from the Court's Registry to Plaintiff's counsel via check made payable to: Reo Law LLC IOLTA, P.O. Box 5100 Mentor, Ohio 44061. Upon Plaintiff's counsel's receipt of the sum of **$38,326.88**, Plaintiff shall file a satisfaction of judgment with the Court within ten (10) days.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE