Bryan Anthony Reo
**REO LAW, LLC**
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org

*Attorney for Plaintiff,*
*James Everett Shelton*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | No. 2:18-cv-02071-CFK |
| Plaintiff | |
| v. | |
| FAST ADVANCE FUNDING, LLC | |
| Defendant | |

## **SATISFACTION OF JUDGMENT:**

Plaintiff James Everett Shelton hereby gives notice that the Verdict in the amount of $33,000.00 entered by the Court on May 8, 2019 (ECF No. 63) in favor of Plaintiff and against Defendant Fast Advance Funding, LLC, together with interest and costs taxed thereon, has been paid and satisfied in full.

Dated: April 18, 2020

*/s/ Bryan Anthony Reo*
Bryan Anthony Reo
**REO LAW, LLC**
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Plaintiff,*
*James Everett Shelton*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on April 18, 2020, which should serve said document upon all attorneys of record for the instant civil action:

Dated: April 18, 2020

*/s/ Bryan Anthony Reo*
Bryan Anthony Reo
**REO LAW, LLC**
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Plaintiff,*
*James Everett Shelton*